Lori A. Reihl, Esq., Bar No. 246395
Christopher J. Clark, Esq., Bar No. 346464
MORDAUNT, ROUNDY, REIHL & JIMERSON
A Professional Law Corporation
7488 Shoreline Drive, Suite B1
Stockton, CA  95219
Telephone: (209) 473-8732
lreihl@mrrjlaw.com; cclark@mrrjlaw.com
service@mrrjlaw.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LINDA BEREXA, | Case No. 2:24-cv-01154-JAM-DMC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| TARGET CORPORATION, | |
| Defendant. | |

Pursuant to the terms of a written Settlement and Release Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: February 28, 2025                MORDAUNT, ROUNDY, REIHL & JIMERSON

                                        By: _/s/ Lori Reihl_____
                                            Lori A. Reihl, Esq.
                                            Attorneys for Defendant
                                            TARGET CORPORATION


Dated: December 17, 2024                ZINK & LENZI


                                        By: _/s/ J.D. Zink_____
                                            J.D. Zink, Esq.
                                            Attorneys for Plaintiff
                                            LINDA BEREXA

1

STIPULATION AND ORDER OF DISMISSAL

**ORDER OF DISMISSAL**

The above stipulation is **APPROVED**, and this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.

Dated: March 06, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE